# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### Johnstown Division

|  |  |  |
|---|---|---|
| JUNIOR BRYAN PEREZ RAMOS<br>*Petitioner,*<br><br>v.<br><br>SECRETARY MARKWAYNE MULLIN, *et al.,*<br>*Respondents.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. <u>3:26-686</u><br><br>Hon. Stephanie L. Haines |

## JOINT STIPULATION OF DISMISSAL

On April 14, 2026, Petitioner filed a writ of habeas corpus for determination of whether Petitioner was properly detained pursuant to 8 U.S.C. § 1225(b)(2) or 8 U.S.C. § 1226(a). (Dkt. No. 1) However, Petitioner's deadline for appeal in his immigration case has lapsed. As such, Petitioner is currently detained pursuant to 8 U.S.C. § 1231 following a final order of removal. Therefore, Petitioner's writ of habeas corpus is now moot. Petitioner and Respondent hereby give notice that this case is jointly dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this June 25, 2026.


*/s/ Stephanie E. Gibbs*
STEPHANIE E. GIBBS
New Jersey State Bar No. 047482013
Murray Osorio PLLC
Newark, NJ 07102
Tel.: (571) 455-1915
Email: sgibbs@murrayosorio.com

/s/ Jerome A. Moschetta
PA ID: 203965
Assistant United States Attorney
U.S. Attorney's Office
Western District of PA
Joseph F. Weis, Jr., U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Telephone: (412) 644-3500
FAX: (412) 644-6995
jerome.moschetta@usdoj.gov
Counsel for Respondents


AND NOW, this ___26th___ ,
day of ___June___, 20_26_ ,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE